UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
RICHARD BEHAR,

                         Plaintiff,

      -against-                                    17-cv-8153 (LAK)
                                                      18-cv-7516 (LAK)

U.S. DEPARTMENT OF HOMELAND SECURITY,

                        Defendant.
------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        As stated at oral argument on March 3, 2020, the government is ordered to produce the materials identified as responsive to plaintiff's FOIA request for *in camera* review on or before March 10, 2020.

        SO ORDERED.

Dated:      March 3, 2020

                                                          Lewis A. Kaplan
                                                     United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/3/2020