```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/4/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RICHARD BEHAR,

                Plaintiff,           17 **CIVIL** 8153 (LAK)
                                                        18 **CIVIL** 7516 (LAK)

        -against-                            **JUDGMENT**

U.S. DEPARTMENT OF HOMELAND
SECURITY,
                Defendant.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 4, 2020, the government's motion for summary judgment is denied, and the plaintiff's cross-motion for summary judgment is granted; accordingly, the cases are closed.

**Dated:**  New York, New York
           August 4, 2020

                                                                 **RUBY J. KRAJICK**

                                                                 **Clerk of Court**
                                          **BY:**
                                                                   **Deputy Clerk**